Richard and Tina–Marie COLLIER,
Individually and as Husband
and Wife, Respondents

v.

JEFFREY BALZER PUBLIC ADJUST-
ERS d/b/a Northern Public Adjusters
and Jeffrey Balzer, Petitioners

v.

Jeffrey Balzer Public Adjuster d/b/a/
Northern Public Adjusters and
Jeffrey Balzer, Petitioners

No. 310 WAL 2016
No. 311 WAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Deon COLEMAN, Petitioner

No. 282 WAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Greg GOLD, Petitioner

v.

BUTLER AREA SEWER
AUTHORITY,
Respondent

No. 212 WAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.